FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JAN 28 AM 11: 35
CLERK
SO. DIST OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 414-155 |
| CHRISTIAN O. CRUZ-SANTIAGO ) | |
| ) | |
| Defendant ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant CHRISTIAN O. CRUZ-SANTIAGO without prejudice.

SO ORDERED, this 28th day of January, 2016.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA